# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

THOMAS L. FAST,
FDOC Inmate No. 818015,

    Plaintiff,

v.                                      CASE NO. 5:18cv189/MCR/EMT

JULIE L. JONES, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 29, 2018. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is **DENIED**.

3. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

**DONE AND ORDERED** this 23rd day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**